IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| SHARON J. CARPENTER §<br>    Plaintiff §<br>§<br>V. §<br>§<br>JO ANNE B. BARNHART, §<br>Commissioner of Social §<br>Security Administration, §<br>    Defendant § | No.  5:05CV140 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

  The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

  **ORDERED** that Defendant's Unopposed Motion for Remand (Dkt. No. 9) is hereby **GRANTED**. It is further

  **ORDERED** that Plaintiff's above-entitled and numbered civil action is **REVERSED** and **REMANDED** under the fourth sentence of the Social Security Act, 42 U.S.C. § 405(g), to the Commissioner of the Social Security Administrative for further administrative proceedings before an Administrative Law Judge ("ALJ"). It is further

  **ORDERED** that on remand an ALJ will obtain medical expert testimony as to the nature and severity of Plaintiff's impairments and to complete the sequential evaluation of the claim following

the applicable legal standards for severity.  The ALJ is also directed to consolidate Plaintiff's subsequent application with this one for purposes of the new hearing. It is further

    **ORDERED** that all motions not previously ruled on are denied, and the referral order is **VACATED**.

    **SIGNED this 19th day of December, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE